

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2015

No. 04-15-00439-CR

Christopher J. **PADILLA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4827
Honorable Ray Olivarri, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED.  Time is extended to November 18, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Dayna L. Jones                          Nicolas A. LaHood
        1800 McCullough Ave                     District Attorney, Bexar County
        San Antonio, TX 78212                   101 W. Nueva, Suite 370
                                                San Antonio, TX 78205